United States District Court      Southern District of Texas

| | | |
|---|---|---|
| Mark Zachary, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-08-214 |
| Countrywide Financial Corporation, *et al.*, | § § § | |
| Defendants. | § | |

---

| | | |
|---|---|---|
| Mark Zachary, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-08-1464 |
| Countrywide Financial Corporation, *et al.*, | § § § | |
| Defendants. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-08-214. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action H-08-214, *Mark Zachary versus Countrywide Financial Corporation, et al.* Use only this style and number.

Signed on August 6, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge